IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SLADE HOUSE, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, LLC, d/b/a MR. COOPER, <br><br> Defendant. | CV 23–157–M–DLC <br><br><br> ORDER |

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorney's fees. The Clerk of Court is directed to close this file.

DATED this 2nd day of December, 2024.

_____
Dana L. Christensen, District Judge
United States District Court

1